BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

FILED
NOV 1 0 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   CR. NO. S-08-318 LKK
            Plaintiff,              )
                                    )   ORDER DISMISSING INDICTMENT
     v.                             )   AS TO CARMEN GALEANO ONLY
                                    )
JOY JOHNSON, et al.,                )
                                    )
            Defendants.             )
_____)

     Based on the government's motion to dismiss the indictment against Carmen Galeano,

     IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed as to Carmen Galeano only.

DATED:  11/10/09

_____
HON. LAWRENCE K. KARLTON
Senior United States District Judge

2