**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    1477 Drew Avenue, Suite 106
    Davis, California 95618
    Telephone:   530.759.0700
    Facsimile:    530.759.0800

**Attorney for Defendant**
CARMEN GALEANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08 CR 00318 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING DEFENDANT'S |
| vs. ) | REQUEST FOR THE RETURN OF UNITED |
| ) | STATES PASSPORT |
| CARMEN GALEANO, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Order of the Court signed on November 10, 2009, dismissing the indictment against defendant, CARMEN GALEANO, defendant, by and through her undersigned counsel, moves for an Order authorizing the release of her United States passport.

Dated: November 30, 2009           Respectfully submitted,

                                                              By: __/s/  Joseph J. Wiseman__
                                                              JOSEPH J. WISEMAN
                                                              Attorney for Defendant

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant CARMEN GALEANO's United States passport be returned to her forthwith.

DATED:  December 2, 2009

                                                              _/s/ Lawrence K. Karlton_
                                                              LAWRENCE K. KARLTON
                                                              SENIOR JUDGE
                                                              UNITED STATES DISTRICT COURT

ORDER                                                                               Case No. 2:08 CR 00318 LKK